AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

United States

v.

Franklin Robert Hill

**APPEARANCE**

Case Number: 05 CR 10111-RBC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Franklin Robert Hill

I certify that I am admitted to practice in this court.

May 24, 2005
Date

Signature

Peter Ball                    BBO # 546031
Print Name                    Bar Number

Sally + Fitch LLP
Address  225 Franklin Street

Boston,    MA              02110
City            State          Zip Code

(617) 542-5542          (617) 542-1542
Phone Number              Fax Number

pcb@sally-fitch.com
E-Mail

(retained)

5/24/05
N. Russo