Franklin Robert Hill
3965 Bess Road
Jacksonville, FL. 32277


September 20, 2005


Magistrate Judge Robert B. Collings
c/o Peter Ball, Esq.
Sally & Fitch LLP
225 Franklin Street
Boston, MA. 02110

*CR 05-10111-RBC*

Dear Magistrate Judge Collings,


My name is Franklin Robert Hill. My family and friends call me Bob. I am a merchant marine and it was on my watch that the Barge B120 hit a rock and spilled oil. It would be dishonest of me not to take responsibility for my negligence in this accident. I was remiss in my duties as Officer of the Watch in not insuring that the barge was in safe water. It was my duty to do so, and I failed in that duty.

I will be forever sorry and ashamed for this negligence.

In sentencing me for this crime, please let me keep working. If I can not work as a merchant marine I will lose my house, the home of my wife and family.

Your Honor, I am a 54 year old seaman and will not shirk my responsibility to my wife, family and this accident. This accident has taught me that complacency is an enemy with which I must be ever vigilant.

Please see it in your heart to let me keep working in my profession and provide for my family.


Respectfully yours,

*[signature]*

Franklin Robert Hill