— COPY —



# Tidewater Marine, Inc. - Towing Division

## OFFICER
## PERFORMANCE EVALUATION



**Section 1:**

| Name of officer: | FRANKLIN R. HILL | | Position: | MATE |
|---|---|---|---|---|

| Period of tour: | From: | A) 18 NOV 98  AND  B) 14 DEC 98 | To: | A) 30 NOV 98  AND  B) 28 DEC 98 |
|---|---|---|---|---|

| Vessel / Flag: | U.S. | Activities completed during this tour: | Nos. |
|---|---|---|---|
| Operating Area: | SOUTHWEST NORTH ATLANTIC AND NORTH ATLANTIC | Jack-up rig moves: | |
| Charterer: | TRAILER BRIDGE | Semi-submersible rig moves: | |
| | | Tows, less than 30 miles: | |
| | | Tows, 30 to 300 miles: | |
| | | Tows, greater than 300 miles: | 4 |
| | | Number of anchors handled: | |

**Other significant activities, not addressed above:** EXTREMELY KNOWLEDGIBLE WITH DOG HOUSE PROCEEDURES; KNOWING WHEN TO TAKE IN, OR LET OUT, TOW WIRE WHILE MAKING UP.

**Section 2:**

Please rate the ability of each officer as they relate to the described functions below by circling the appropriate number in each row.

| For Deck Officers: | For Engineering Officers: | Excellent | | Above Avg | | Average | | | Below Avg | | Poor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Boat handling | Equipment operation | 10 | 9 | (8) | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| Navigation | Systems proficiency * | (10) | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| Seamanship | Equipment maintenance | (10) | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| Reputation with charterer | Administrative skills (clerical) | (10) | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| Leadership and management, including safety management | | (10) | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| Initiative and cooperation | | (10) | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| Safety consciousness | | (10) | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| Cost consciousness | | 10 | 9 | (8) | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| Personal habits | | (10) | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| Ability to train others | | (10) | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |

**Section 3:**

**Briefly comment on this individual's influence with regard to the operational performance of the vessel, the appearance of the vessel, and relations with the charterer (if applicable):**

FRANKLIN ROBERT HILL, IS WELL KNOWN AND WARMLY ACCEPTED BY THE CHARTEROR AS WELL AS BY THE DOCKING MASTERS (PILOTS). HIS KNOWLEDGE OF NAVIGATION ON LONG TOWS IS EXCEPTIONAL. HE'S ALWAYS THERE WHEN NEEDED. A VALUABLE ASSET TO TIDEWATER.

Briefly comment on what this individual needs to do, or what training or support may be required, to improve his/her performance:

IF HE WAS NOT YET ATTENDED THE "VESSEL OFFICER SEMINARS" I WOULD URGE HIM TO DO SO. HE WOULD BENEFIT GREATLY BY LEARNING ANCHOR HANDLING, IF POSSIBLE. ALTHOUGH BOB HAS A GREAT DEAL OF EXPERIENCE ON VARIOUS TYPES OF VESSELS HE WOULD BENEFIT GREATLY "IF" HE COULD BE ALLOWED MORE HANDS ON MANEUVERING OF TUGS. IF POSSIBLE I RECOMMEND A RAISE.

HENRY F. CATER, JR.                CAPTAIN

Name of evaluator (print)          Position of evaluator          Signature of evaluator

Point average from Section 2 :-  96

Any comment by the individual being evaluated:

I have reviewed and discussed this evaluation of my performance.

_____          12-20-9?
Employee signature                              Date

**Section 4:**

First endorsement:

Name                Position                Signature                Date

Second endorsement:

Name                Position                Signature                Date

Were any additional pages or document copies attached?          If so, how many?

Michael L. Ring
4106 Fawngrove Road
Jacksonville, Fl 32277

May 17, 2005

Magistrate Judge Robert B. Collings
C/O Peter Ball, ESQ.
Sally & Fitch LLP
225 Franklin Street
Boston, Ma 02110

Dear Magistrate Judge Collings,

Franklin R. Hill is know to me as an employee and as an individual who has worked in the maritime industry for the past 20 years.

Mr. Hill entered the employ of McAllister Towing of Florida, Inc. as a Tugboat Deckhand on 5/16/2003; my position is that of Vice President and General Manager of McAllister in Jacksonville, Fl. His work reflected a well-trained individual whose character was exemplary. I found Mr. Hill to be industrious, prompt, courteous and outwardly helpful in training others who did not fare as well. He left our employ on 11/15/2003 to a higher paying position with another company.

I have kept in contact with Mr. Hill since he departed McAllister, to assist or counsel him as a friend, knowing the burden that was on him in regard to the matter you are overseeing. He has maintained a positive outlook on life and acted as a responsible individual while holding down employment and maintaining a household and marriage through a very stressful period. I believe he has repented for his errors.

I can only hope that you will see an individual who has a positive effect on society and extend leniency in your sentencing.

Sincerely,

Michael L. Ring

COMPANY CONFIDENTIAL

Maersk Line, Limited                                                    Unlicensed Personnel Evaluation Form

| NAME (Last, First, MI) | SSN | VESSEL | VOYAGE | Period Covered by Appraisal |
|---|---|---|---|---|
| Hill, Franklin R. | 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 | Arizona | 98 | FM: Aug. 04   TO: Dec. 04 |

| SECTION I | ANALYSIS OF PERFORMANCE |
|---|---|

This section is designed to serve as a constructive guide for analyzing the employee's performance. Read each statement carefully and consider the extent to which the employee demonstrates strength or weakness in the element of performance described. Indicate your analysis of the employee's performance by marking an "X" in the appropriate check box (if filling out form online, press tab to continue to next entry field and check by depressing space bar when appropriate box is highlighted or single right click with mouse). Bear in mind the primary use of this section is to identify the employee's development needs.

*(Rating columns: Outstanding | Above Average | Satisfactory | Unsatisfactory)*

### MANAGEMENT SKILLS

| # | Question | | | | |
|---|---|---|---|---|---|
| 1. | How industrious is employee? | ☐ Works Steadily | X Keeps Busy | ☐ Not Always Dependable | ☐ Wastes Time |
| | Explanations/comments: | | | | |
| 2. | What is the quality of employee's work? | X Accurate | ☐ Few Errors | ☐ Variable | ☐ Poor |
| | Explanations/comments: | | | | |
| 3. | Does employee have the knowledge and skill to perform in the rating to which he/she is assigned? | X High Degree | ☐ Satisfactory | ☐ Below Expectations | ☐ Unsatisfactory |
| | Explanations/comments: | | | | |
| 4. | How readily does employee learn new parts of the work? | X Quickly | ☐ Moderately | ☐ Needs Instruction | ☐ Slow to learn |
| | Explanations/comments: | | | | |
| 5. | How well does employee get along with other workers and supervisors? | X Agreeable | ☐ Acceptable | ☐ Tolerated | ☐ Not Friendly |
| | Explanations/comments: | | | | |
| 6. | Is employee safety-conscious? | X Promotes | | ☐ Adheres to Safety | ☐ Disregards Safety |
| | Explanations/comments: | | | | |
| 7. | Does the employee's health or physical condition adversely affect job performance? | ☐ Yes | | X No | ☐ Uncertain |
| | Explanations/comments: | | | | |
| 8. | Does this employee maintain the upkeep and cleanliness of the stateroom assigned? | X Yes | | ☐ No | |
| | Explanations/comments: | | | | |
| 9. | Is this employee prompt and dependable? | X Yes | | ☐ No | |
| | Explanations/comments: | | | | |

| SECTION II | OVERALL EVALUATION |
|---|---|

Based upon the job requirements and compared with others performing at the same level, how would you rate this Mariner's overall effectiveness?

| X OUTSTANDING | ☐ ABOVE AVERAGE | ☐ SATISFACTORY | ☐ UNSATISFACTORY |
|---|---|---|---|

PROMOTION ABILITY

Would you recommend this employee for promotion?     YES ☐   NO     X YES *(requires additional Endorsement or license)*

Hopes to convert 1600 ton Master license to Third mate unlimited

*Attitude:*  Which of the following best describes your attitude toward having this employee serve with you

| X Particularly desire to have | ☐ Prefer to most | ☐ Satisfied to have |
|---|---|---|

☐ Prefer not to have

Explanation:

Use this section to make additional or summary comments concerning elements of the employee's performance effectiveness.  In addition indicate any steps you feel might be taken by the Company or the employee in order to improve present level of effectiveness (e.g. technical training, supervisory course, special counseling etc.).  Note should be given to the development needs of the employee regardless of the employee's present level of effectiveness.

| NAME/RANK OF APPRAISER | (Print) | SIGNATURE OF APPRAISER | (Print) | DATE |
|---|---|---|---|---|
| Scott Pendleton | | *Scott W. Pendleton* | | 12/22/04 |

Employee's Comments (optional):

| The contents of this appraisal have been reviewed with me. | SIGNATURE OF EMPLOYEE | DATE 12-22-0 Y |
|---|---|---|
| | | 12/22/04 |
| Reviewed by Master: NAME OF MASTER | SIGNATURE OF MASTER | DATE |
| Scott Pendleton | | 12/22/04 |

COMPANY REVIEW                                                                 (Print)

Port Captain  _____

                                                                                      (Print)

Program Manager  _____

Engineering Manager (Engineering Personnel only)  _____

Marine Personnel Manager  _____

## NEW-HIRE & EMPLOYEE FITNESS REPORT

Name: F. ROBERT HILL                Vessel: SEA HORSE

Rating: 2ND MATE                    License Held: USCG MASTER NC

Period of Report: From: 03-30-04     To: 04-12-04

| | Excellent | Very Good | Average | Poor |
|---|---|---|---|---|
| **ATTENTION TO DUTIES:** The trait of working thoroughly and conscientiously. | ✓ | | | |
| **COOPERATION:** The faculty of working in harmony with others towards the accomplishment of common duties. | ✓ | | | |
| **INITIATIVE:** Constructive thinking and resourcefulness; ability and intelligence to act without being instructed. | | ✓ | | |
| **SEAMANSHIP:** Knowledge and skill pertaining to the operation, management, safety and maintenance of the vessel. | | ✓ | | |
| **SAFETY CONSCIENTIOUSNESS AND APPLICATION.** | ✓ | | | |
| **HOUSEKEEPING HABITS.** | ✓ | | | |

Is this employee qualified to perform all his present duties as mate, cook, or deck hand; if so, would you recommend him or her for permanent employment?

☒ YES  ☐ NO  If not, why? _____

Give in this space a written appraisal of the employee. Comment as to whether you consider him to handle all duties in this trade and any outstanding characteristics worthy of mention.

_____

Indicate your attitude towards having this employee serve aboard your vessel and under your supervision.

☒ Particularly desire to have him;  ☐ Be satisfied to have him;  ☐ Prefer not to have him.

Prepared by: K WAYNE BURR       Reviewed by: _____

Reviewed by Employee: F. Hill       Date: April 10, 2004

May 19, 2005

Magistrate Judge Robert B. Collings
% Peter Ball, Esq.
Sally & Fitch LLP
335 Franklin Street
Boston, MA 02110

Dear Magistrate Judge Collings,

My name is Pamela Lemcke. I am
married and have one child. I live in Key
Largo, FL. I volunteer at my son's school,
sing in my parish choir and teach C.C.D to
6th grade students. I am a friend of
Franklin R. Hill. I have known him since
1993.

I am writing to you, your honor,
to provide you with information about Franklin
R. Hill, to consider with respect to his
sentencing.

"Bob" Hill hired me to work on a
private yacht he was running. I started out
as delivery crew but, after the first mate quit

Captain Hill gave me a chance at the first mate position. Under the guidence of Capt. Hill I learned many things about the sea, the weather and the vessel.

He was patient and honest. Always a good listener and teacher. I had worked on other yachts, where it was necessary to lock my cabin door while sleeping. Franklin Hill always respected my person.

I'de like to share with you one example of his level of care for the boat and our safety.

We were sailing from Espanda to Jamaica and got into a big sloppy storm. There was only the two of us to handle the boat, which was not a problem until the autohelm broke. We drove the boat 3 hours on 3 hours off until I got too physically tired and the seas became too big for me to keep the vessel on a safe course. "Bob" had to take the helm; with a large gash in his head and drive her non-stop for about 16 hours; We had already been riding out this storm for two days. He got us safely to Port Antonio Jamaica He did not succomb to fatigue as I did

nor lose his sense of order and priority
He suffered for at least 6 months with
both hands almost totally numb from driving
that storm out. I trust Captain Hill with
my life, my husband's life and my son's life.
I do go anywhere by land or sea with him and
I do be proud to be in his company.
          Franklin R. Hill is good, strong,
intelligent, trustworthy, fair, creative, kind
and gentle. I am very blessed to have his
friendship.
          Thank you for your attention, your honor.
Please, I humbly request for a lenient
sentence for Franklin R. Hill.

          God's peace be with you

          Sincerely,

          Mrs. Pamela Lemcke

Pamela Lemcke
98801 Overseas Huy.
Key Large, FL. 33031
305. 453-5421

May 13, 2005

Magistrate Judge Robert B Collins
C/O Peter Ball,Esq.
Sally & Fitch LLP
225 Franklin street
Boston, MA 02110

Dear Magistrate Judge Collins,

I am not good at writing but this is very important and I feel compelled to share with you some knowledge that I have in regards to Franklin Robert Hill who is before you for sentencing.

My name is Joseph Rossi  I am a close friend to Bob and his family .I'm a veteran of the Viet Nam war , I served four years in the military and I'm a mechanic by trade  I have lived in the same house in new jersey for 39 years and this is how long I have known Bob . In those years I worked as a Ships Engineer employed by him  several times and sailed on many trips in capacity as ships mate as well as  engineer  through the 1980's  he is a dedicated seaman that wants to make everyone happy, quite often at his own expense . I have seen him take the worse jobs or accommodations on board rather than ask other seaman who served with us, because he rather put himself out than some one else. (He always wants to be accepted and liked by everyone)

Many times he would volunteer to take someone's watch while we rested or ate dinner, he is a generous and hard working man who always wants to please his Captain, and keep his crew happy. This very desire to please, may have led him into this horrible situation which was too much for one person to cope with. I also must add that Bob is so dedicated to the preservation of the ocean and wildlife that I'm sure he would rather die than to see this horrible spill happen. Bob is a loyal, compassionate person who has never disappointed me in forty years and I truly am blessed to have him as a friend, and my wife and daughter feel the same way. He is a good person your honor and I hope you can find it in your heart to consider this when you make your decision about Bob, he is like many of us, who are just trying to survive, struggling to make a living and raise our families.

Thank You for your time, Joseph Rossi


Joseph Rossi
565 Holly drive
Franklinville NJ. 08322

May 23, 2005

Magistrate Judge Robert B. Collings
c/o Peter Ball, Esq.
Sally & Fitch LLP
225 Franklin Street
Boston, MA 02110



MAY 24 2005

Dear Magistrate Judge Collings,

I am writing to you on behalf of Franklin R. (Bob) Hill who has been a friend since 1982.

I am a retired Marine Corps Lieutenant Colonel and have just retired as a Captain with Alaska Airlines after eighteen years, sixteen as a Captain.

When I met Bob we were both starting to work on our U.S.C.G. Captain's license. Bob had more experience than I and acted as a tutor and crewed and Captained aboard my 50 foot Gibson on many occasions.

Bob Hill is no dilettante. He has always taken his seamanship and safety with the utmost seriousness. I have seen him take the most prudent course of action on numerous occasions when weather or other actions called for change.

The Bob Hill that I have know for years is a serious man, a professional, always willing to take on the difficult jobs and provide help and support to others.

As an airline Captain for many years and a sailor I am familiar with the great responsibilities which are assumed by Captains and Mates every time they take the helm or climb into the cockpit. The rules and regulations are complex, sometimes unfair, but accepted as a fact of life by men like Bob.

As I watched Bob's current situation unfold I often shook my head and offered a silent prayer for him and one thanks for myself. When one is piloting a plane or ship the distance between success and disaster often is immeasurable. Errors occur. Ships are cooperative efforts and you have to rely on others who are also capable of mistakes.

Bob Hill has been personally and professionally devastated by the results of his error on that night. A mistake which any of us could have made and which could have just as easily turned out to be just a minor error with no damage.

When the fates turn their back on airmen and men of the sea the results are often tragic. When others are called on to pass judgment on actions which can never be completely explained or understood we can only hope for wisdom and compassion.

Very Respectfully yours,

Robert M. Nye
1621 E. Big Bear Blvd.
Big Bear City, CA 92314

Lawrence W. Chamblee
511 North Huntley Drive
West Hollywood, CA 90048

August 30, 2005

Magistrate Judge Robert B. Collings
c/o Peter Ball, Esq.
Sally & Fitch LLP
225 Franklin Street
Boston, MA 02110

Re: <u>Sentencing of Franklin Robert ("Bob") Hill</u>

Dear Magistrate Judge Collings:

I am a former Assistant United States Attorney, having served ten years in the Criminal Division of the Department of Justice, and a year and a half in the U.S. Attorney's Office in Los Angeles. I prosecuted criminal cases in the Eastern District of Virginia in 1978, including a court trial of Philip Berrigan for pouring blood and ashes on the Pentagon. In 1986-87, I was the chief of the Immigration Litigation Section of the Civil Division of the U.S. Attorney's Office in the Southern District of New York, under then U.S. Attorney Rudolph Guiliani. In that capacity, I litigated the final appeals from deportation to the U.S. Court of Appeals for the Second Circuit in the cases of Joseph Doherty, an IRA terrorist, and Karl Linnas, a Nazi war criminal. Mr. Guiliani exercised his prerogative to make the oral arguments in those two cases. Both Doherty and Linnas were finally deported. I have 22 cases reported in the Federal Reporter and Federal Supplement, where I reresented the United States Government, and one in which I represented private parties.

I am admitted to practice in Maryland, the District of Columbia and California. I am a member of the bar of the United States Supreme Court and the United States Courts of Appeals for the Second, Fourth, Fifth, Sixth, Seventh, Eighth and Ninth Circuits. I am also a member of the bar of the United States District Courts for the Eastern District of Virginia, the Central and Northern Districts of California, and the Southern District of New York.

I am a Navy veteran, having served two tours of duty in the Seabees in Vietnam. I graduated first in the Navy Vietnamese Language course at Coronado Naval Amphibious Base in Spring 1967 and was assigned as Naval Construction Battalion THREE Civil Affairs Coordinator, conducting relations with Vietnamese civilian and military authorities during the battalion's 1967-68 deployment to Phu Bai/Hue.

Magistrate Judge Robert B. Collings
August 30, 2005
Page 2

I am also a shipwright and navigator. I built a 36-foot ketch, which I registered and documented with the Coast Guard. I taught myself celestial navigation from the Naval Academy textbook, and in 1980-81, before navigational satellites were in orbit, sailed that vessel from Annapolis, Maryland to Buzzards Bay, where the accident in the instant case took place, to Martha's Vineyard, Nantucket, Bermuda, and the eastern Caribbean, as far south as Grenada, and back to the Chesapeake Bay, via the Virgin Islands, Turks and Caicos and the Bahamas. I have navigated my boat for about 7,000 miles of ocean passages and have piloted her an equal distance in waters marked by lights, buoys and other aids to navigation.

I have known Bob Hill since about 1982, when we both lived on our boats in the Gangplank Marina in Washington, D.C. I was his friend when he first started taking Coast Guard courses with a view to getting captain's papers, to make his living doing what we both love, piloting and navigating vessels. We took scuba classes and qualified as divers together. Mr. Hill was very diligent, enthusiastic and conscientious in his studies. He qualified steadily for captain's licenses for larger and larger vessels. He is proud of his skipper's papers and the hard work they represent. He is mortified by the accident that gave rise to this case.

Bob Hill has always impressed me as a stalwart person of good character. He is stepping up to the plate on this information because it happened on his watch, and he accepts that responsibility. I have always known Captain Hill to be a conscientious and skilled navigator, to whom many vessel owners successfully entrusted their vessels for him to skipper deliveries or oversee refits, repairs and maintenance.

This error has ruined him. He lost his job and is facing disciplinary proceedings before the Coast Guard with respect to his captain's licenses. Newspaper reports have been circulated in the industry. Because he has been shunned in his industry, for two years after the accident, he was largely denied any officer's job, and was forced to take work as an able-bodied seaman instead. As a seaman, he could not control his whereabouts, unless he refused work. He resides in Florida and his employment took him oceans away from his home and family. In order to finally be able to return to the wheelhouse after a two-year absence, Bob has taken a job that requires him to travel to Mexico for three months at a time.

Captain Hill does not need additional restrictions of his freedom to accomplish the ends of the criminal law, which are to punish him for his error, prevent further such conduct by him, deter others, and reform his own conduct. In this case, where the gravamen of the offense is a navigational error, a sentence more stringent than probation will not further the ends of justice, in my view. This is not the Exxon Valdez case. Captain Hill was not drunk on duty. This is not a garden-variety case.

2

Magistrate Judge Robert B. Collings
August 30, 2005
Page 3

Bob has certainly learned his lesson from this tragic accident. This prosecution
has doubtless made him an example to deter others, shamed and punished him and
reformed him, ensuring that he will never make such a mistake again. I cannot believe
that there is any need for a sentence more stringent than probation.

Thank you for your consideration in this matter.

Sincerely,

Lawrence W. Chamblee

Shirley Carter Hill
3965 Bess Road
Jacksonville, FL 32277


September 8,


Magistrate Judge Robert B. Collings
C/o Peter Ball, Esq.
Sally & Fitch LLP
225 Franklin Street
Boston, MA 02110

Dear Magistrate Judge Collins,


My name is Shirley Carter Hill and I am Franklin Robert Hills' wife. I was born in Atlanta, Georgia and lived in the Atlanta area until 1993. I moved to Key West, Florida in October of 1993 and it was there that I met my husband "Bob". We met at a dinner party given by mutual friends. Bob and I started dating shortly thereafter and were married in 1998 in McDonough, Georgia. I have four grown sons by a previous marriage and Bob never had children, although he was married previously as well. Bob and I come from different backgrounds. I was brought up in the Deep South, the oldest of seven children. And Bob was brought up in the northeast in a small family. Bob is the only son of Frank and Jilda Hill and had one sister that passed away in March of this year. She and Bob were only 11 months apart and very close. Bob grew up in a loving and tight knit family who traveled due to his father's work and I grew up in an equally loving and tight knit family who only traveled for vacations once a year or so as finances allowed.


Your Honor, Bob and I have enjoyed a good marriage and he has always been supportive of my son's in any way they needed. He has helped the boy's with money and advice. He has opened our home to them with no hesitation when they needed a place to stay from time to time. My oldest son and his wife have one child, our 9 year old granddaughter "Emily". She and her parents moved to Jacksonville when Emily was four years old and from the very beginning she formed a close relationship with Bob and remains devoted to him today.


Judge Collings, I worked as a massage therapist here in Florida until 2000 when I ruptured a tendon in my wrist and was no longer able to earn a living in my profession. I was forced to consider a different profession and after much thought I decided to return to college and become a registered nurse. Bob wholeheartedly supported my decision and has worked long hours to provide for us while I have been in school. I have three

academic courses left to complete and will be eligible to enter the core nursing program at that time. I have done quite well in school and have maintained my grades and won a place in the National Honor's Program.

When Bob had the accident in Buzzard's Bay it took a huge toll on our lives. When he returned home to Florida he was unable to find work due to the publicity. He finally found a job for a shipping company and worked as an able bodied seaman on a ship in the Middle East, in the Gulf of Oman. This was a manual labor job that was quite strenuous and paid much less than we were accustomed to. But it was a job, and Bob worked uncomplaining and sent his paychecks home to me to try to cover our basic expenses. We live in a modest home Your Honor, and we both drive used cars (mine is 15 years old). We haven't taken a vacation in years. I have diabetes and the stress of all we are going through as a result of the oil spill has sent my blood sugar higher than it's ever been. We were forced to file a chapter 13 bankruptcy to save our home from foreclosure. I took a job as a housekeeper for a family in Georgia last summer and worked until time to return to school in the fall. We have done all we can do to try to hold on to what we have worked so hard for. Bob returned home from the Middle East a few days's before Christmas last year and was found to have been exposed to tuberculosis and had to take a very long course of antibiotics and other medications to protect his lungs. Through it all we have done our best to pick up the pieces and hold our family together.

I know this has been a lengthy letter and I appreciate your taking the time to read it. We are so sorry about the oil spill Your Honor. It has brought great shame and hardship to us as a family. Bob has lost his only sister to an agonizing fight with cancer. She was 54 years old. He has lost his good name in the industry he depends on to earn a living. He has lost his credit. He lives with his mistake every day of his life and will continue to live with it for the rest of his life. He described the day of the spill as the "worst day of my life" to me in a telephone conversation on the day of the spill. I have watched my husband age more in the past two years than the entire 12 years we have been together. We are facing our responsibilities regarding this accident with as much bravery as we can muster. Please, Your Honor, consider all that we have gone through for the past two years and be lenient on my husband as you sentence him. I am begging for your compassion and understanding. Thank you.

Sincerely,

Shirley Carter Hill

Shirley Carter Hill

Mr. & Mrs. Frank Hill
910 Tampa Avenue
Cherry Hill, NJ 08034


September 6, 2005

Magistrate Judge Robert B. Collins
C/O Mr. Peter Ball, Esquire
Sally & Fitch LLP
225 Franklin Street
Boston, MA 02110

Dear Magistrate Judge Collins:

We are the parents of Bob Hill, Frank and Jilda Hill, residing in Cherry Hill, NJ. Frank
is 82 years old and retired for 15 years from Retail Management. Jilda is 77 years old, a
Registered Nurse who formally retired at age 67, but continued to work part time until
age 72. We will be married 56 years in October 2005.

We consider our immediate family unit as being close. Our focus has always been on our
childrens' education, happiness, work ethics and family values. Bob and his sister Debra
involved us with their activities even into adulthood. From Cub and Girl Scouts, Little
League, Baton, Marching Bands, Football, Baseball, girlfriends and boyfriends, and jobs.
They always knew they could depend on us not to be judgmental, but to be rooting and
giving them moral support.

This incident with Bob has completely devastated our family, coupled with the loss of
our daughter in March, has been more than a parent could bear. I have always preached
to Bob and his sister that God only gives you what you can handle. With watching our
daughter suffer with cancer, losing both her legs due to medication and her heroic efforts
to be strong for her brother and us has been a study in human fortitude and religious faith.

The anguish on our son's face the day we picked him up at the Philadelphia airport after
the oil spill incident was heartbreaking. His words to us were "This is the worst
experience of my life". What is so heart rendering is that just a couple of days before we
had driven him to the Philadelphia Port for his tour of duty, at which time we all were
lighthearted and happy. He had purchased an electric fan and we gave him a throw rug
for his cabin.

Bob is a son to be proud of. He is forthright and honest, regardless of the consequences.
This is not an acquired attribute. He has always exhibited these traits. His love of
animals is a known fact in our family. At age 2 he asked for a dog for his birthday which
we bought for him. His sister named the boxer Bonnie. Bonnie & Bob were soul mates
until she passed away at age 15. In the interim there were stray cats, dogs, robins falling

out of their nest, and even an injured squirrel. So you see how sensitive and caring Bob is about animals. In fact, presently he and his wife have 3 cats and a boxer named Bella.

Bob has been a pillar of strength during these trying days. Please, I beg of you from a Mother's broken heart, don't take my son away from me. If a Mother's tears could cure my daughter would still be here. That is why I am pleading with you to be lenient and let Bob resume his life. He has suffered more than enough in the past two years.

Unfortunately we cannot be with Bob at this time because we are in Los Angeles to settle our daughter's personal and business affairs. We hope that this letter has acquainted you with the Hill Family.

Thank you for your consideration.

Respectfully,

Frank Hill
Jilda Hill